THOMAS TATUM *v.* COMMISSIONER OF CORRECTION
(13732)

LAVERY, HEIMAN and SCHALLER, Js.

Argued January 11—decision released February 7, 1995

*James B. Streeto,* special public defender, for the appellant (petitioner).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Gerard P. Eisenman,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.